# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MATTHEW D. COLDREN,**

      **Plaintiff,**

   vs.                                         **Case No.:  2:14-cv-1456**
                                                           **JUDGE GEORGE C. SMITH**
                                                           **Magistrate Judge Kemp**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

On June 23, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's State of Errors be overruled and that final judgment be entered in favor of the Defendant, the Commissioner of Social Security.  (*See Report and Recommendation*, Doc. 14).  This matter is now before the Court on Plaintiff Matthew Coldren's Objections to the Magistrate Judge's *Report and Recommendation*.  (Doc. 15).  The Court will consider the matter *de novo*.  *See* 28 U.S.C. § 636(b)(1);  Fed. R. Civ. P. 72(b)(3).

Plaintiff's objections basically restate the arguments he already made in his Statement of Errors.  He asserts that the Magistrate Judge "has not fully acknowledged the material differences between a non-severe impairment and an impairment that is not considered medically-determinable; moreover the ALJ failed to account for all the limitations related to Mr. Coldren's BIF."  (Pl.'s Objs. at 2, Doc. 15).  Defendant asserts that Plaintiff has not raised any new issues and therefore rests on its prior brief.  The Court agrees.  Plaintiff's objections were

thoroughly considered and overruled in the *Report and Recommendation*.  The Court has therefore carefully considered Plaintiff's objections, and for the reasons stated in the *Report and Recommendation*, this Court finds that the objections are without merit.

Accordingly, the *Report and Recommendation,* Document 14, is **ADOPTED** and **AFFIRMED.**  Defendant's Objections are hereby **OVERRULED**.  Plaintiff's Statement of Errors are hereby **OVERRULED**, the decision of the Commissioner of Social Security is **AFFIRMED** and this case is **DISMISSED**.

The Clerk shall remove Documents 14 and 15 from the Court's pending motions list, and enter final judgment in favor of Defendant, the Commissioner of Social Security.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**